The PEOPLE OF THE STATE OF NEW YORK ex rel. DEVAR HURD, Appellant, v WARDEN, Respondent. [26 NYS3d 467]—Appeal from judgment (denominated an order), Supreme Court, New York County (Larry R.C. Stephen, J.), entered April 15, 2015, denying the petition for a writ of habeas corpus and dismissing the proceeding brought pursuant to CPLR article 70, unanimously dismissed, without costs, as moot.

This appeal from the denial of the petition challenging the legality of petitioner's pretrial detention is moot, since he is currently incarcerated as the result of his conviction and sentencing (*see People ex rel. Macgiollabhui v Schriro*, 123 AD3d 633 [1st Dept 2014]), and no exception to the mootness doctrine applies (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714 [1980]). Concur—Friedman, J.P., Acosta, Renwick and Richter, JJ.